

## NUMBERS 13-09-00489-CR, 13-09-00490-CR, 13-09-00491-CR, & 13-09-00492-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE ARMANDO RAMOS

### On Petition for Writ of Mandamus.

### MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Per Curiam Memorandum Opinion[1]

Relator, Armando Ramos, pro se, filed a petition for writ of mandamus in the above causes on August 24, 2009, through which he contends that the trial court erred in ordering consecutive sentences for his convictions in 1990 for sexual assault and aggravated sexual assault of a child. The Court requested and received a response to the petition for writ of

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

mandamus from the State of Texas, acting by and through the District Attorney for Cameron County, Texas.

Mandamus relief may be granted if the relator shows that: (1) the act sought to be compelled is purely ministerial; and (2) there is no adequate remedy at law. *See Deleon v. Dist. Clerk*, 187 S.W.3d 473, 474 (Tex. Crim. App. 2006) (orig. proceeding). The relator must have a "clear right" to the relief sought and the merits of the relief sought must be "beyond dispute." *See id.* "The requirement of a clear legal right necessitates that the law plainly describes the duty to be performed such that there is no room for the exercise of discretion." *See id.*

The Court, having examined and fully considered the petition for writ of mandamus and the reply thereto, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 18th day of September, 2009.